IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY ALLEN,
    Plaintiff

    v.

J.A. ECKARD, et al.,
    Defendants

No. 1:17-cv-00996

(Judge Rambo)

## ORDER

**AND NOW,** on this 8th day of May 2018, **IT IS ORDERED THAT:**

1. The Commonwealth Defendants' motion for judgment on the pleadings (Doc. No. 20), is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **GRANTED** in favor of Defendants Eckard and Eberling and against Plaintiff as to the failure to protect claim asserted against Defendants Eckard and Eberling;

    b. The motion is **GRANTED** in favor of Defendant Himes and against Plaintiff as to the due process claim and conspiracy claim asserted against Defendant Himes, and Defendant Himes is **DISMISSED** from this action;

    c. The motion is **DENIED** in all other respects;

2. Plaintiff's motion for relief from judgment or order (Doc. No. 38), is **DEEMED withdrawn**; and

3. The discovery deadline is **ENLARGED** to September 2, 2018 and dispositive motions shall be filed within thirty (30) days from the close of discovery.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge