# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY ALLEN, | : | |
| Plaintiff | : | |
| | : | No. 1:17-cv-996 |
| v. | : | |
| | : | (Judge Rambo) |
| J.A. ECKARD, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 14th day of August 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Allen's request to voluntarily dismiss Defendant Swanger (*see* Doc. No. 74) is **GRANTED**, and Defendant Swanger is **DISMISSED** as a defendant to the above-captioned action;

2. The amended motion for summary judgment (Doc. No. 65) is **GRANTED** as to Allen's remaining claims against Defendants Eberling, Eckard, Goughnour, and Sparr;

3. Given Allen's voluntary dismissal of Defendant Swanger, the amended motion for summary judgment (Doc. No. 65) is **DENIED AS MOOT** as to Allen's claims against her;

4. The Clerk of Court is directed to enter judgment in favor of Defendants Eberling, Eckard, Goughnour, and Sparr and against Allen;

5. Defendant McConnell is **DISMISSED WITHOUT PREJUDICE** from the above-captioned action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and

6. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge