# United States District Court
**MIDDLE DISTRICT OF PENNSYLVANIA**
**JUDGMENT IN A CIVIL CASE**

Anthony Allen  Case No: 1:17-CV-0996
    Plaintiff

V.

A. Eberling, J.A. Eckard, R.W.  Judge Sylvia H. Rambo
Goughnour, and K.M. Sparr
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, A. Eberling, J.A. Eckard, R.W. Goughnour, and K.M. Sparr, and against the Plaintiff, Anthony Allen.

Date: August 14, 2019  **Peter Welsh, Clerk of Court**

/s/ Mark J. Armbruster
Deputy Clerk